IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**KAIWEE MARTINEZ,**

       **Plaintiff,**

v.                                              Case No. 1:11-cv-232 LFG/SMV

**SOC, LLC,**

       **Defendant.**

**<u>ORDER SETTING SECOND SETTLEMENT CONFERENCE</u>**

THIS MATTER comes before the Court upon a letter from the parties requesting a second settlement conference in this case. Accordingly, to facilitate a final disposition of this case, a mandatory settlement conference will be conducted in accordance with Rule 16(a)(5) of the Federal Rules of Civil Procedure. The conference will be held on April 27, 2012 at 10:00 a.m. in the Santiago E. Campos United States Courthouse, in the Piñon Courtroom and the Jury Assembly Room, second floor, 106 S. Federal Place, Santa Fe, New Mexico.

The parties or a designated representative, other than counsel of record, with full authority to resolve the case, must attend in person. Counsel who will try the case must also attend in person.

At least seven calendar days before the conference, each party must provide the Court, in confidence, a concise letter (typically no more than ten pages) containing an analysis of the strengths and weaknesses of its case. The letter should also provide a brief summary of any significant events that have occurred since the first settlement conference (i.e., new facts disclosed through discovery, rulings on substantive motions, etc.), and explain how such events have changed counsel's

evaluation of the case, if applicable. These letters may be submitted to the Court by fax at **575-528-1485**.

Furthermore, if any party has in its possession any video or audio recordings of the incident upon which this action is based, that party must submit a copy of the recording to the Court at least ten calendar days before the conference.

The settlement conference may not be vacated or rescheduled except upon motion by the party or parties seeking to reschedule for good cause shown. Any motion to vacate or reschedule the settlement conference shall provide the Court with sufficient notice to ensure that other matters may be scheduled in the time allotted for the settlement conference.

IT IS SO ORDERED.

_____
Stephan M. Vidmar
United States Magistrate Judge