IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KAIWEE MARTINEZ,

      Plaintiff,

v.                                                      Case No. 11-cv-0232 LFG/SMV

SOC, LLC,

      Defendant.

## ORDER TO FILE CLOSING DOCUMENTS

The parties reached a settlement in this matter in a conference held before the Court on February 27, 2012.

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **Thursday, March 29, 2012**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

                                                    _____
                                                    Stephan M. Vidmar
                                                    United States Magistrate Judge